# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFTERGLOW, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIGHT PATH LIGHTING, INC.,<br><br>　　　　Defendant. | Case No. 1:19-cv-00535-AWI-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY**<br><br>(Doc. No. 30) |

Having considered the Parties' Joint Motion for Temporary Stay, and for cause shown, the Joint Motion for Temporary Stay is GRANTED.

It is further ORDERED that this action, including all written discovery deadlines and claim construction deadlines as set forth in the Preliminary Scheduling Order dated July 31, 2019 (Doc. 22), are STAYED for three weeks, up to and including December 3, 2019. Should the stay be lifted on or before that date, certain deadlines for claim construction are extended as follows below, with all other deadlines remaining in effect:

1. Parties' Responses to Proposed Claim Constructions due December 9, 2019;
2. Joint Claim Construction Statement due December 20, 2019.

The Court has granted the request in the interest of judicial economy for this limited, one-time period. However, the parties are cautioned that settlement discussions generally are not good cause to modify a scheduling order. All future requests for modification of the Preliminary Scheduling Order must be supported by a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **November 13, 2019**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1