UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFTERGLOW, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>BRIGHT PATH LIGHTING, INC.,<br><br>                Defendant. | Case No. 1:19-cv-00535-AWI-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUED TEMPORARY STAY**<br><br>(Doc. No. 32) |

      Having considered the Parties' Joint Motion for Temporary Stay, and for cause shown, the Joint Motion for Temporary Stay is GRANTED.

      It is further ORDERED that this action, including all written discovery deadlines and claim construction deadlines as set forth in the Preliminary Scheduling Order dated July 31, 2019 (Doc. No. 22), as modified in the Court's Order Granting Temporary Stay entered November 14, 2019 (Doc. No. 31), are STAYED for an additional four weeks, up to and including December 31, 2019. Should the stay be lifted on or before that date, certain deadlines for claim construction are extended as follows below, with all other deadlines remaining in effect:

      1.     Parties' Responses to Proposed Claim Constructions due January 10, 2020;

      2.     Joint Claim Construction Statement due January 20, 2020; and

      3.     Close of Claim Construction Discovery on February 14, 2020.

      The Court has granted the parties' request in the interest of judicial economy for this limited period based upon the parties' representation of a delay in testing of the products at issue due to foul weather as well as the intervening holidays. However, the parties are again cautioned

1

that settlement discussions generally are not good cause to modify a scheduling order. All future requests for modification of the Preliminary Scheduling Order must be supported by a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **December 4, 2019**     /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE